CATHERINE McELHANY, APPELLANT, v. PEARL A. WELSHANS, APPELLEE.

FILED MAY 16, 1930. No. 27234.

*Kennedy, Holland, DeLacy & McLaughlin,* for appellant.

*Montgomery, Hall, Young & Johnsen, contra.*

Heard before Goss, C. J., Rose, Good, Eberly and Day, JJ., and James and Wright, District Judges.

Per Curiam.

This is an action to recover damages for personal injuries. The district court for Douglas county sustained the demurrer filed by defendant, and plaintiff has appealed.

We have carefully examined the record and find it to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.